UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER LEE BATES,

                          NO. CIV. S-06-267 LKK/EFB

       Plaintiff,

  v.                             O R D E R

UNION PACIFIC RAILROAD COMPANY,

       Defendant.
_____/

    On October 30, 2006 a telephonic conference was held with both parties. At that conference, the court ORDERED as follows:

    1. All previously set dates are VACATED.

    2. Expert disclosures shall be due on January 17, 2007.

    3. The discovery deadline is CONTINUED to March 17, 2007.

    4. The law and motion cut-off date is CONTINUED to May 17, 2007.

    5. The pretrial conference is hereby SET for August 20, 2007 at 2:30 p.m.

    6. Trial is SET for December 4, 2007. Trial is expected to

1  last eighteen (18) days and will be a jury trial.
2       IT IS SO ORDERED.
3       DATED: October 31, 2006.
4
5
6                                    /s/ Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
7                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26