UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER LEE BATES,

                    NO. CIV. S-06-267 LKK/EFB

    Plaintiff,

  v.

                    O R D E R

UNION PACIFIC RAILROAD COMPANY,

    Defendant.
_____/

    Plaintiff has submitted an application for modification of the pretrial scheduling order to extend the discovery cut-off date from March 17, 2007 to April 17, 2007. Defendant only opposes the extension as it pertains to non-expert discovery. The law and motion cut-off is May 17, 2007 and the pretrial conference is set for August 20, 2007. Plaintiff does not seek to modify any of these other dates.

    The parties have demonstrated good cause with respect to continuing the discovery cut-off for expert discovery. However, plaintiff has not demonstrated why he delayed in serving written

1

discovery requests or noticing the depositions of individuals whom plaintiff was aware would be potential witnesses until recently.

Accordingly, the court orders that the discovery cut-off date is EXTENDED to April 17, 2007 as it relates to expert discovery only.

IT IS SO ORDERED.

DATED: February 28, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2