MICHAEL L. WHITCOMB, ESQ.  (SBN:  86744)
**MICHAEL L. JOHNSON, ESQ. (SBN:  88884)**
**UNION PACIFIC RAILROAD COMPANY**
**Law Department**
10031 Foothills Boulevard, Suite 200
Roseville, CA  95747
General:      916-789-6400
Direct:        916-789-6231
Fax:            916-789-6227

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROGER LEE BATES, | Case No.: 2:06-CV-00267 LKK EFB |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING SETTLEMENT CONFERENCE** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, inclusive, | Date:  10/25/2007<br>Time:  10:00 a.m.<br>Ctrm:  25 |
| Defendants. | **Judge:  Hon. Edmund F. Brennan** |

///
///
///
///
///
///
///
///
///

-1-

UPRR's Stip & Proposed Order re:  Settlement Conference

1  IT IS HEREBY stipulated by and between the parties that the Settlement
2 Conference currently scheduled on October 25, 2007 at 10:00 a.m. in Courtroom 25,
3 be continued to November 8, 2007 at 10:00 a.m.

4 DATED: October 9, 2007        GANONG & WYATT

                                          Signature on original
                              By: _____
                                  PHILIP GANONG
                                  Attorneys for Plaintiff
                                  RONALD BANNING

9 DATED: October 9, 2007        UNION PACIFIC RAILROAD COMPANY

                                      /S/ MICHAEL L. JOHNSON
                              By: _____
                                  MICHAEL L. JOHNSON
                                  Attorneys for Defendant
                                  UNION PACIFIC RAILROAD COMPANY

## PROPOSED ORDER

After reviewing the Stipulation by and between the parties,

IT IS HEREBY ORDERED that the Settlement Conference currently on calendar on October 25, 2007 be continued to November 8, 2007 at 10:00 a.m. in Courtroom 25 before the Hon. Edmund F. Brennan.

IT IS SO ORDERED.

DATED: October 9, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE