IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER LEE BATES,

      Plaintiff,

  v.

UNION PACIFIC RAILROAD COMPANY
and DOES 1 through 20,
inclusive,

      Defendants.
_____/

CIV. NO. S-06-00267-LKK-EFB

ORDER

PAUL J. HALL,

      Plaintiff,

  v.

UNION PACIFIC RAILROAD COMPANY
and DOES 1 through 10,
inclusive,

      Defendants.
_____/

CIV. NO. S-03-2032-RRB-JFM

    Before the court is Defendant Union Pacific Railroad Company's ("Union Pacific") notice of related actions.  Union

1

PDF created with pdfFactory trial version www.pdffactory.com

Pacific states in the notice of related actions that it has filed substantially similar motions in limine raising Daubert challenges to certain evidence in both of the above-entitled actions.  Union Pacific further states that "although some significant time savings would occur by having one court hear the related evidentiary matters . . . the time savings may not justify relating the actions as the actions are not otherwise related and have substantially more issues that are not related."

    After examining the above-entitled actions, the court concludes that the common evidentiary issues are not sufficient to establish relatedness of the actions within the meaning of Local Rule 83-123 (E.D. Cal. 2005).  Therefore, the assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort.

    Accordingly, because it is inappropriate to relate or reassign the actions, the court declines to do so.

    IT IS SO ORDERED.

DATED:   November 6, 2007

                                      /s/ Ralph R. Beistline_____

                                      RALPH R. BEISTLINE
                                      United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com