IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER LEE BATES,

     Plaintiff,                     No. CIV S-06-0267 LKK/EFB

     vs.

UNION PACIFIC RAILROAD        ORDER RE SETTLEMENT & DISPOSITION
COMPANY and DOES 1
through 20, inclusive,

     Defendants.

         Pursuant to the representations of counsel for the parties at a further Settlement Conference conducted in Chambers on November 29, 2007, the court has determined that the above-captioned case has settled.

         The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

         All hearing dates set in this matter, including the December 10, 2007, hearing on the parties' motions in limine and the trial date of February 12, 2008, are **VACATED.**

////

////

////

1

1  FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
4  IT IS SO ORDERED.
5  DATED: November 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE